# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

CITY OF LAKELAND, FLORIDA,

    Plaintiff,

v.                                                                                       Case No: 8:12-cv-459-T-30AEP

PME OF OHIO, INC.,

    Defendant.

_____

## ORDER OF DISMISSAL

Before the Court is the Stipulation of Dismissal (Dkt. #26).  Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed with prejudice, each party to bear its own attorney's fees and costs.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 8th day of November, 2012.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2012\12-cv-459 dismiss 26.docx